# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM EDGAR BRYANT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner, Social Security Administration, )<br>)<br>Defendant. ) | Case No. CIV-13-1199-D |

## **O R D E R**

Plaintiff, appearing *pro se*, brought this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration denying Plaintiff's application for disability insurance benefits and supplemental security income. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). The parties fully briefed their respective positions and, on August 29, 2014, Judge Mitchell filed her Report and Recommendation [Doc. No. 19] recommending that the Court reverse the decision of the Commissioner and remand the matter for further proceedings.

Although the Report and Recommendation grants favorable relief to Plaintiff, on September 15, 2014, Plaintiff timely filed an objection [Doc. No. 20]. Plaintiff states that he objects on grounds the Magistrate Judge did not address all of his claims. However, Plaintiff further states that if addressing those remaining claims is unnecessary, then he has no objection. *See* Objection at p. 2

The Magistrate Judge determined that the ALJ erred in his treatment of the opinion of Plaintiff's treating physician, Dr. Ahn, requiring a remand for further proceedings. As set forth in the Magistrate Judge's Report, it is not necessary to address the remaining issues as those issues may

be affected by the ALJ's treatment of the case on remand. *See Watkins v. Barnhart*, 350 F.3d 1297, 1299 (10th Cir. 2003). Therefore, the Court finds Plaintiff does not object to the Magistrate Judge's recommendation and the Court adopts the Report and Recommendation [Doc. No. 19] in its entirety.

IT IS THEREFORE ORDERED that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits and supplemental security income is REVERSED. This matter is REMANDED to the Commissioner for further administrative proceedings, as more fully set forth in the Report and Recommendation.

IT IS SO ORDERED this 22nd day of September, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE